October 10, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

THOMAS R. WRIGHT AKA THOMAS RANEY WRIGHT AKA TR WRIGHT,
Appellant

NO. 14-13-00675-CV                    V.

MOHAMED  A. SABBAHI, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on June 17, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Thomas R. Wright aka Thomas Raney Wright aka TR Wright.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.